# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 8543
PEACEFUL DREAMS,

            Appellant,

vs.

BANK OF AMERICA, N.A.,

            Respondent.

No. 78102

FILED

OCT 1 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Adriana Escobar, District Judge
        Janet Trost, Settlement Judge
        Kerry P. Faughnan
        Akerman LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-42397